**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **P.G.P.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **NO. 3:26-cv-00841** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **CHRISTOPHER S. BULLOCK, ET AL.,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendants.** | ) | |

<u>**ORDER**</u>

After further consideration of the issues raised at the hearing on July 1, 2026, regarding the Court's jurisdiction of this case, the Court finds that it has jurisdiction and that supplemental briefing from the parties is not necessary.

Accordingly, on or before July 2, 2026, the parties shall file proposed dates for a hearing on Petitioner's Verified Petition for Writ of Habeas Corpus.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE