**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| P.G.P, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | **NO. 3:26-cv-00841** |
| v. | ) | |
| | ) | **JUDGE CAMPBELL** |
| CHRISTOPHER S. BULLOCK, ET AL., | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
|     Defendants. | ) | |

## ORDER

The Court will hold a hearing on Petitioner's Verified Petition for Writ of Habeas Corpus on Thursday, July 9, 2026, at 2:00 p.m. CT at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B.

Moreover, counsel for Petitioner, Karen Weinstock, requests that she and Petitioner be permitted to appear remotely. The request is **GRANTED**, and Petitioner and counsel for Petitioner, Karen Weinstock, may appear remotely by videoconference at the hearing scheduled for Thursday, July 9, 2026, at 2:00 p.m. CT. Counsel for the Government shall appear in person.

Petitioner and counsel for Petitioner shall comply with any instructions issued by the Court regarding the videoconference platform, access information, and procedures for remote appearance.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE